ORIGINAL

FILED

02/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358

WESTVIEW MOBILE HOME PARK,

    Plaintiff, Appellee, and
    Cross-Appellant,

v.

DAVID LOCKHART AND DOREEN
LOCKHART,

    Defendants, Appellants, and
    Cross-Appellees.

ORDER

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Brief of Amicus Curiae Montana Homeownership Network d/b/a Neighborworks Montana (NWMT) filed on February 16, 2023, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P (11)(4)(e) requires that a certification of compliance be filed with the brief. NWMT's brief is deficient because it does not include a certificate of compliance.

IT IS ORDERED that NWMT's brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the NWMT shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with M. R. App. P (11)(4)(e) and that NWMT shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

1

The Clerk of this Court is directed to provide a true copy of this Order to all parties of record.

DATED this 17th day of February, 2023.

For the Court,

By _____
Justice